**No. 46573.**—Protest 65815–K of Strauss-Eckardt Co. (Philadelphia).

Opinion by OLIVER, P. J. It was stipulated that the merchandise in question consists of tablecloths and napkins the same in all material respects as those involved in T. D. 50277 (1). In accordance therewith the tablecloths and napkins in question were held dutiable at 30 percent under paragraph 911 (b) as claimed.